UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SOPHIA FALDONIE,                          )
                                          )
                Plaintiff,                )
        v.                                )        CIVIL ACTION
                                          )        NO. 25-40105-PBS
BOSTON GENERAL STORE, LLC.,               )
                                          )
                Defendant.                )

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised, on April 7, 2026, that the above-entitled action has been settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to the right of any party, upon good cause shown to re-open the action within forty-five (45) days if settlement is not consummated.

By the Court:

Robert Farrell, Clerk

/ s / Clarilde Karasek
Deputy Clerk

DATED:  April 8, 2026